**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1269**

_____

ALDO DIBELARDINO,

          Plaintiff - Appellant,

     v.

JASON S. MIYARES, Virginia Attorney General; PETER V. CHIUSANO; MARK
S. SMITH; ROGER J. GRIFFIN; KRISTIE A. WOOTEN; STEPHEN C. MAHAN;
STEVEN C. FRUCCI; LESLIE L. LILLEY; A. BONWILL SHOCKLEY;
MICHAEL E. MCGINTY; LOUIS R. LERNER,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Jamar Kentrell Walker, District Judge.  (2:23-cv-00225-JKW-LRL)

_____

Submitted:  October 22, 2024                    Decided:  October 24, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Aldo DiBelardino, Appellant Pro Se.  James Arthur Cales, III, FURNISS, DAVIS,
RASHKIND & SAUNDERS, Norfolk, Virginia; William Leonard Mitchell, II,
ECCLESTON & WOLF, PC, Fairfax, Virginia; Christopher Theodore Holinger, Mary
Teresa Morgan, INFINITY LAW GROUP, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Aldo DiBelardino appeals the district court's order granting Defendants' motions to dismiss his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *DiBelardino v. Miyares*, No. 2:23-cv-00225-JKW-LRL (E.D. Va. Mar. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2